No. 95–2045.  IN RE MORETTI;

No. 95–9035.   IN RE WHITE;
No. 95–9076.   IN RE ALSTON;
No. 95–9180.   IN RE EVERETT;
No. 95–9314.   IN RE PRICE;
No. 95–9365.   IN RE ANDERSON;
No. 95–9382.   IN RE HOPE;
No. 95–9461.   IN RE WILLIAMS;
No. 96–60.   IN RE RATCLIFF;
No. 96–5015.   IN RE SEAGRAVE;
No. 96–5241.   IN RE NORTH;
No. 96–5342.   IN RE ANDERSON;
No. 96–5356.   IN RE NELSON; and
No. 96–5669.   IN RE PARENTEAU.   Petitions for writs of mandamus denied.